**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dorothy A. Dierker, | ) | Case No. CV14-6385-R |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | **BY LACK OF PROSECUTION** |
| v. | ) | |
| Astrazeneca Pharmaceutical LP, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff/Parties were ordered to show cause in writing by not later than **December 28, 2016** why this action should not be dismissed for lack of prosecution;

    WHEREAS, this period has elapsed without any action by plaintiff/parties.

    The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated January 13, 2017

_____
MANUEL L. REAL
United States District Judge